IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 1:18-cv-01157-RGA |
| § | |
| vs. § | PATENT CASE |
| § | |
| LOREX CORPORATION, § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Lorex Corporation, with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

February 26, 2019

STAMOULIS & WEINBLATT LLC

 /s/ Stamatios Stamoulis
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
*Attorneys for Plaintiff*

**SO ORDERED**, this _____ day of _____, 2019.

_____
Judge - United States District Court